# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TIMOTHY ABRAMS

NO. 2021 KW 0958

**NOVEMBER 5, 2021**

---

In Re:     Timothy Abrams, applying for supervisory writs, 22nd
           Judicial District Court, Parish of Washington, No. 13-
           CR8-123726.

---

**BEFORE:     WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT